| Information to identify the case: | | |
|---|---|---|
| Debtor 1 | **James H. Logan** | Social Security number or ITIN  **xxx–xx–1339** |
| | First Name   Middle Name   Last Name | EIN  _ _–_ _ _ _ _ _ _ |
| Debtor 2 (Spouse, if filing) | First Name   Middle Name   Last Name | Social Security number or ITIN  _ _ _ _ |
| | | EIN  _ _–_ _ _ _ _ _ _ |
| United States Bankruptcy Court  **WESTERN DISTRICT OF PENNSYLVANIA** | | Date case filed for chapter  **13    4/30/18** |
| Case number:  **18–21699–GLT** | | |

Official Form 309I

# Notice of Chapter 13 Bankruptcy Case                                                                                              12/17

**For the debtors listed above, a case has been filed under chapter 13 of the Bankruptcy Code. An order for relief has been entered.**

**This notice has important information about the case for creditors, debtors, and trustees, including information about the meeting of creditors and deadlines. Read both pages carefully.**

The filing of the case imposed an automatic stay against most collection activities. This means that creditors generally may not take action to collect debts from the debtors, the debtors' property, and certain codebtors. For example, while the stay is in effect, creditors cannot sue, garnish wages, assert a deficiency, repossess property, or otherwise try to collect from the debtors. Creditors cannot demand repayment from debtors by mail, phone, or otherwise. Creditors who violate the stay can be required to pay actual and punitive damages and attorney's fees. Under certain circumstances, the stay may be limited to 30 days or not exist at all, although debtors can ask the court to extend or impose a stay.

Confirmation of a chapter 13 plan may result in a discharge. Creditors who assert that the debtors are not entitled to a discharge under 11 U.S.C. § 1328(f) must file a motion objecting to discharge in the bankruptcy clerk's office within the deadline specified in this notice. Creditors who want to have their debt excepted from discharge may be required to file a complaint in the bankruptcy clerk's office by the same deadline. (See line 13 below for more information.)

To protect your rights, consult an attorney. All documents filed in the case may be inspected at the bankruptcy clerk's office at the address listed below or through PACER (Public Access to Court Electronic Records at www.pacer.gov).

**The staff of the bankruptcy clerk's office cannot give legal advice.**

**To help creditors correctly identify debtors, debtors submit full Social Security or Individual Taxpayer Identification Numbers, which may appear on a version of this notice. However, the full numbers must not appear on any document filed with the court.**

**Do not file this notice with any proof of claim or other filing in the case. Do not include more than the last four digits of a Social Security or Individual Taxpayer Identification Number in any document, including attachments, that you file with the court.**

| | | About Debtor 1: | About Debtor 2: |
|---|---|---|---|
| 1. | **Debtor's full name** | James H. Logan | |
| 2. | **All other names used in the last 8 years** | | |
| 3. | **Address** | 2609 Grandview Ave<br>McKeesport, PA 15132 | |
| 4. | **Debtor's attorney**<br>Name and address | Dennis J. Spyra<br>119 First Ave<br>Pittsburgh, PA 15222 | Contact phone 412–471–7675<br><br>Email:  attorneyspyra@dennisspyra.com |
| 5. | **Bankruptcy trustee**<br>Name and address | Ronda J. Winnecour<br>Suite 3250, USX Tower<br>600 Grant Street<br>Pittsburgh, PA 15219 | Contact phone 412–471–5566<br><br>Email:  cmecf@chapter13trusteewdpa.com |
| 6. | **Bankruptcy clerk's office**<br>Documents in this case may be filed at this address.<br>You may inspect all records filed in this case at this office or online at www.pacer.gov. | U.S. Bankruptcy Court<br>5414 U.S. Steel Tower<br>600 Grant Street<br>Pittsburgh, PA 15219 | Hours open:<br>Mon. – Fri. Pittsburgh Office: 9:00a.m. – 4:30p.m. Erie Office: 9:00a.m. – 4:30p.m.<br><br>Contact phone 412–644–2700<br><br>Date: 5/15/18 |

**For more information, see page 2**

| | | |
|---|---|---|
| **7. Meeting of creditors**<br>Debtors must attend the meeting to be questioned under oath. In a joint case, both spouses must attend. Creditors may attend, but are not required to do so. | **June 25, 2018 at 09:00 AM**<br><br>The meeting may be continued or adjourned to a later date. If so, the date will be on the court docket. | **Location:**<br>**3251 U.S. Steel Tower, 600 Grant Street, Pittsburgh, PA 15219** |
| **8. Deadlines**<br>The bankruptcy clerk's office must receive these documents and any required filing fee by the following deadlines. | **Deadline to file a complaint to challenge dischargeability of certain debts:**<br>**You must file:**<br>• a motion if you assert that the debtors are not entitled to receive a discharge under U.S.C. § 1328(f), or<br>• a complaint if you want to have a particular debt excepted from discharge under 11 U.S.C. § 523(a)(2) or (4). | **Filing deadline: 8/24/18** |
| | **Deadline for all creditors to file a proof of claim (except governmental units):** | **Filing deadline: 7/9/18** |
| | **Deadline for governmental units to file a proof of claim:** | **Filing deadline: 10/29/18** |
| | **Deadlines for filing proof of claim:**<br>A proof of claim is a signed statement describing a creditor's claim. A proof of claim form may be obtained at www.uscourts.gov or any bankruptcy clerk's office.<br>If you do not file a proof of claim by the deadline, you might not be paid on your claim. To be paid, you must file a proof of claim even if your claim is listed in the schedules that the debtor filed.<br>Secured creditors retain rights in their collateral regardless of whether they file a proof of claim. Filing a proof of claim submits the creditor to the jurisdiction of the bankruptcy court, with consequences a lawyer can explain. For example, a secured creditor who files a proof of claim may surrender important nonmonetary rights, including the right to a jury trial. | |
| | **Deadline to object to exemptions:**<br>The law permits debtors to keep certain property as exempt. If you believe that the law does not authorize an exemption claimed, you may file an objection. | **Filing deadline:** 30 days after the *conclusion* of the meeting of creditors |
| **9. Filing of plan** | The debtor has filed a plan. The plan is enclosed. The hearing on confirmation will be held on:<br>**6/25/18** at **09:00 AM** , Location: **3251 U.S. Steel Tower, 600 Grant Street, Pittsburgh, PA 15219** | |
| **10. Creditors with a foreign address** | If you are a creditor receiving a notice mailed to a foreign address, you may file a motion asking the court to extend the deadline in this notice. Consult an attorney familiar with United States bankruptcy law if you have any questions about your rights in this case. | |
| **11. Filing a chapter 13 bankruptcy case** | Chapter 13 allows an individual with regular income and debts below a specified amount to adjust debts according to a plan. A plan is not effective unless the court confirms it. You may object to confirmation of the plan and appear at the confirmation hearing. A copy of the plan, if not enclosed, will be sent to you later, and if the confirmation hearing is not indicated on this notice, you will be sent notice of the confirmation hearing. The debtor will remain in possession of the property and may continue to operate the business, if any, unless the court orders otherwise. | |
| **12. Exempt property** | The law allows debtors to keep certain property as exempt. Fully exempt property will not be sold and distributed to creditors, even if the case is converted to chapter 7. Debtors must file a list of property claimed as exempt. You may inspect that list at the bankruptcy clerk's office or online at www.pacer.gov. If you believe that the law does not authorize an exemption that debtors claimed, you may file an objection by the deadline. | |
| **13. Discharge of debts** | Confirmation of a chapter 13 plan may result in a discharge of debts, which may include all or part of a debt. However, unless the court orders otherwise, the debts will not be discharged until all payments under the plan are made. A discharge means that creditors may never try to collect the debt from the debtors personally except as provided in the plan. If you want to have a particular debt excepted from discharge under 11 U.S.C. § 523(a)(2) or (4), you must file a complaint and pay the filing fee in the bankruptcy clerk's office by the deadline. If you believe that the debtors are not entitled to a discharge of any of their debts under 11 U.S.C. § 1328(f), you must file a motion. The bankruptcy clerk's office must receive the objection by the deadline to object to exemptions in line 8. | |

United States Bankruptcy Court
Western District of Pennsylvania

```
In re:                                                           Case No. 18-21699-GLT
James H. Logan                                                   Chapter 13
        Debtor
```

# CERTIFICATE OF NOTICE

```
District/off: 0315-2         User: lkat              Page 1 of 2           Date Rcvd: May 15, 2018
                             Form ID: 309I           Total Noticed: 29
```

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
May 17, 2018.
```
db            +James H. Logan,    2609 Grandview Ave,    McKeesport, PA 15132-7831
tr            +Ronda J. Winnecour,    Suite 3250, USX Tower,    600 Grant Street,    Pittsburgh, PA 15219-2702
14823360       ARS National Services, Inc.,    P.O. Box 69046,    Escondido, CA 92046-9046
14823357      +Allegheny Health Network,    P.O. Box 645266,    Pittsburgh, PA 15264-5250
14823358       Alltran Financial, LP,    P.O. Box 610,    Sauk Rapids, MN 56379-0610
14823359       Americollect,    P.O. Box 1505,    Manitowoc, WI 54221-1505
14823362      +Capital One Bank USA, N.A.,     c/o Michael F. Ratchfrod, Esquire,    Ratchford Law Group, P.C.,
                409 Lackawanna Ave, Suite 320,    Scranton, PA 18503-2059
14823364      +Chrysler Capital,    P.O. Box 9015,    Temecula, CA 92589-9015
14823367       Fifth Thrid Bank,    P.O. Box 63900,    CC 3110,    Cincinnati, OH 45263-0900
14823369       Foundation Radiology Group,    75 Remittance Dr. Dept 6757,    Chicago, IL 60675-6757
14823370      +Grandis Ruban Shanahan & Assoc,    575 Coal Valley Road, Ste. 570,    Clairton, PA 15025-3729
14823371      +Jefferson Hospital,    PO Box 643054,    Pittsburgh, PA 15264-3054
14823373      +Lincoln Way Internal Medicine,    3 Penn Center W., Suite 127,    Pittsburgh, PA 15276-0112
14823374      +McKeesport City Treasurer,    500 5th Ave, 1st Floor,    McKeesport, PA 15132-2527
14823375      +Midland Mortgage,    PO Box 26648,    Oklahoma City, OK 73126-0648
14823376      +Pennsylvania American Water,    P.O. Box 371412,    Pittsburgh, PA 15250-7412
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
aty            E-mail/Text: attorneyspyra@dennisspyra.com May 16 2018 01:27:42     Dennis J. Spyra,
                119 First Ave,    Pittsburgh, PA  15222
smg            E-mail/Text: RVSVCBICNOTICE1@state.pa.us May 16 2018 01:28:07     Pennsylvania Dept. of Revenue,
                Department 280946,    P.O. Box 280946,    ATTN: BANKRUPTCY DIVISION,
                Harrisburg, PA  17128-0946
ust           +E-mail/Text: ustpregion03.pi.ecf@usdoj.gov May 16 2018 01:28:10
                Office of the United States Trustee,    Liberty Center.,    1001 Liberty Avenue, Suite 970,
                Pittsburgh, PA 15222-3721
14823361      +EDI: TSYS2.COM May 16 2018 05:23:00      Barclays Bank Delaware,    P.O. Box 8833,
                Wilmington, DE 19899-8833
14823363      +EDI: FSAE.COM May 16 2018 05:23:00      Capital One Bank USA, N.A.,
                c/o Firstsource Advantage, LLC,    205 Bryant Woods South,    Buffalo, NY 14228-3609
14823365      +E-mail/Text: abovay@creditmanagementcompany.com May 16 2018 01:28:27
                Credit Management Company,    2121 Noblestown Road,    Pittsburgh, PA 15205-3956
14823366      +E-mail/Text: kzoepfel@credit-control.com May 16 2018 01:28:13     Credit One Bank,
                c/o Credit Control, LLC,    5757Phantom Dr., Suite 330,    Hazelwood, MO 63042-2429
14823368      +EDI: BLUESTEM May 16 2018 05:23:00      Fingerhut Advantage,    P.O. Box 166,
                Newark, NJ 07101-0166
14823372       EDI: CBSKOHLS.COM May 16 2018 05:23:00      Kohls/Capital One, N.A.,
                c/o Merchants and Medical Credit Corp.,    6324 Taylor Dr.,    Flint, MI 48507-4685
14823377       EDI: PRA.COM May 16 2018 05:23:00      Portfolio Recovery Associates,    P.O. Box 12914,
                Norfolk, VA 23541
14824533      +EDI: PRA.COM May 16 2018 05:23:00      PRA Receivables Management, LLC,    PO Box 41021,
                Norfolk, VA 23541-1021
14825834       E-mail/Text: RVSVCBICNOTICE1@state.pa.us May 16 2018 01:28:07
                Pennsylvania Department of Revenue,    Bankruptcy Division PO Box 280946,
                Harrisburg, PA  17128-0946
14823378       EDI: RMSC.COM May 16 2018 05:23:00      SYNCB/Care Credit,    P.O. Box 960061,
                Orlando, FL 32896-0006
                                                                                               TOTAL: 13
```

```
            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr*          +PRA Receivables Management, LLC,    PO Box 41021,    Norfolk, VA 23541-1021
                                                                                TOTALS: 0, * 1, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 17, 2018                                   Signature:  /s/Joseph Speetjens

```
District/off: 0315-2          User: lkat              Page 2 of 2            Date Rcvd: May 15, 2018
                              Form ID: 309I           Total Noticed: 29
```

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on May 15, 2018 at the address(es) listed below:
              Dennis J. Spyra    on behalf of Debtor James H. Logan attorneyspyra@dennisspyra.com,
               deborah@dennisspyra.com;missdebrastone@msn.com
              Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
              Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
                                                                                         TOTAL: 3
```