**Form 149**

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

In re:

**James H. Logan**
   Debtor(s)

Bankruptcy Case No.: 18–21699–GLT
Issued Per 6/25/2018 Proceeding
Chapter: 13
Docket No.: 19 – 11
Concil. Conf.: November 8, 2018 at 09:00 AM

**ORDER OF COURT CONFIRMING PLAN AS MODIFIED**
**AND SETTING DEADLINES FOR CERTAIN ACTIONS**

*(1.) PLAN CONFIRMATION:*

      IT IS HEREBY ORDERED that upon consent of the Debtor(s), the Chapter 13 Plan dated May 14, 2018 is CONFIRMED as modified at the Plan confirmation hearing. Terms of the Plan not expressly modified by this Order remain in full force and effect. A copy of this Plan was previously mailed to you. *Only those provisions which are checked below apply to this case:*

☐ A.   For the remainder of the Plan term, the periodic Plan payment is amended to be $ as of . Debtor(s)' counsel shall file a motion to amend the income attachment order within seven (7) days of the date of this Order.

☐ B.   The length of the Plan is increased to a total of months. This statement of duration of the Plan is an approximation. The Plan shall not be completed until the goals of the Plan have been achieved. The total length of the Plan shall not exceed sixty (60) months.

☑ C.   Plan confirmation is on an interim basis only as a form of adequate protection. The Trustee is authorized to distribute to secured and priority creditors with percentage fees. *A final plan conciliation conference will be held on Nov. 8, 2018 at 09:00 AM, in 3251 U.S. Steel Tower, 600 Grant Street, Pittsburgh, PA 15219.* If the Parties cannot resolve all disputes at the conciliation conference, a hearing will be scheduled and orally announced at the conclusion of the conference without any further written notice to any party. Parties are directed to monitor the Court's docket and read the Chapter 13 Trustee's minutes of the conciliation conference to the extent such parties desire more information regarding the outcome of the conciliation conference.

☐ D.   Plan confirmation is subject to the resolution of all actions to determine the avoidability, priority, or extent of liens; including determination of the allowed amount of secured claims under *11 U.S.C. §506*, disputes over the amount and allowance of claims entitled to priority under *11 U.S.C. §507*, and all objections to claims.

☐ E.   The allowed claims of general unsecured creditors shall be paid from available funds on a pro rata basis, which may represent an increase or decrease in the amount projected in the Plan.

☐ F.   shall be paid monthly payments of $ beginning with the Trustee's distribution and continuing for the duration of the plan term, to be applied by that creditor to it's administrative claim, budget payments and/or security deposit. These payments shall be at the third distribution level.

☐ G.   The claims of the following creditors shall govern as to amount, classification and rate of interest (or as otherwise noted), unless the Debtor(s) successfully objects to the claim: .

☑ H.   Additional Terms: The monthly payment to Midland Mortgage is $517.38 effective May 1, 2018.

*(2.)   IT IS FURTHER ORDERED THAT THE FOLLOWING DEADLINES ARE ESTABLISHED:*

**A.      Objections to the Plan.** Pursuant to *Fed.R.Bankr.P. 2002(b)*, this Order shall not become final for a period of twenty−eight (28) days. Any party in interest with an objection to any provision of this Confirmation Order must file a written objection within that twenty−eight (28) day period. Failure to timely object shall be deemed a waiver of all objections and an acceptance of the provisions of this confirmed Plan. The Trustee may disburse funds pursuant to this confirmation order upon it's entry.

**B.      Applications to retain brokers, sales agents, or other professionals.** If the Plan contemplates sales of assets or litigation proceeds as a source of funding, Debtor(s) shall file motion(s) to employ the necessary professionals within thirty (30) days hereof.

**C.      Review of Claims Docket and Objections to Claims.** Pursuant to *W.PA.LBR 3021−1(c)(2)*, the Debtor or Debtor's attorney, if represented, shall review the proofs of claim filed and shall file objections to any disputed claims within ninety (90) days after the claims bar date or, for late filed or amended claims, within ninety (90) days after they are filed and served. Absent an objection, the proof of claim will govern as to the classification and amount of the claim. Objections filed after the ninety (90) days specified herein shall be deemed untimely.

**D.      Motions or Complaints Pursuant to §§506, 507 or 522.** All actions to determine the priority, avoidability, or extent of liens, all actions pursuant to *11 U.S.C. §§506, 507 and 522* shall be filed within ninety (90) days after the claims bar date.

**E.      Filing Amended Plans.** Within fourteen (14) days after the Bankruptcy Court resolves the priority, avoidability, or extent of a lien, or any objection to claim, the Debtor(s) shall file an amended Plan to provide for the allowed amount of the claim if the allowed amount differs from the amount stated in the plan. Debtor(s) shall also file an amended Plan within thirty (30) days after the claims bar date(s) in the event that no objection is filed and the claim(s) as filed causes the Plan to be underfunded.

*(3.)*   ***IT IS FURTHER ORDERED THAT:***

**A.**   After the claims objection deadline, the Plan shall be deemed amended to conform to the claims filed or otherwise allowed. If the Plan expressly modified the terms of payment to any creditor pursuant to *11 U.S.C. §1322(b)(2)*, nothing in this Order shall be construed to change the payment terms established in the Plan.

**B.**   Any creditor who files or amends a proof of claim shall serve a copy on the Debtor(s) or counsel for the Debtor(s).

**C.**   Any creditor whose payment changes due to variable interest rates, change in escrow, or change in monthly payments, shall notify the Trustee, Debtor(s)' counsel and Debtor(s) at least twenty–one (21) days prior to the change taking effect.

**D.**   Debtor's counsel must file a fee application in accordance with *W.PA.LBR 2016–1* before attorney fees in excess of the "no look" provision (including retainer) will be allowed or paid.

**E.**   The Trustee shall file a *Certificate of Default and Request for Dismissal* of the case in the event of a material Plan default. If the default involves failure to make a plan payment the case will result in dismissal without further hearing upon filing and service of an *Affidavit of Default* by the Trustee. The Trustee is not precluded from raising pre–confirmation defaults in any subsequent motion to dismiss.

**F.**   In the event that any order is entered in this case granting relief from the automatic stay to a secured creditor, then the Trustee shall make no further disbursements to any creditor on account of any ***secured claim*** that is secured by the subject property, unless directed otherwise by further Order of Court.

Gregory L. Taddonio, Judge
United States Bankruptcy Court

Dated: June 29, 2018

cc:  All Parties in Interest to be served by Clerk in seven (7) days

United States Bankruptcy Court
Western District of Pennsylvania

In re:                                                                    Case No. 18-21699-GLT
James H. Logan                                                            Chapter 13
        Debtor

## CERTIFICATE OF NOTICE

District/off: 0315-2          User: dbas              Page 1 of 2          Date Rcvd: Jun 29, 2018
                              Form ID: 149            Total Noticed: 33


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jul 01, 2018.
db           +James H. Logan,    2609 Grandview Ave,   McKeesport, PA 15132-7831
cr           +Peoples Natural Gas Company LLC,    c/o S. James Wallace, P.C.,    845 N. Lincoln Ave.,
               Pittsburgh, PA 15233-1828
14823360      ARS National Services, Inc.,    P.O. Box 69046,   Escondido, CA 92046-9046
14823357     +Allegheny Health Network,    P.O. Box 645266,   Pittsburgh, PA 15264-5250
14823358      Alltran Financial, LP,    P.O. Box 610,   Sauk Rapids, MN 56379-0610
14823359      Americollect,    P.O. Box 1505,   Manitowoc, WI 54221-1505
14823361     +Barclays Bank Delaware,    P.O. Box 8833,   Wilmington, DE 19899-8833
14823362     +Capital One Bank USA, N.A.,    c/o Michael F. Ratchfrod, Esquire,    Ratchford Law Group, P.C.,
               409 Lackawanna Ave, Suite 320,   Scranton, PA 18503-2059
14823363     +Capital One Bank USA, N.A.,    c/o Firstsource Advantage, LLC,    205 Bryant Woods South,
               Buffalo, NY 14228-3609
14852547      Capital One, N.A.,    c/o Becket and Lee LLP,   PO Box 3001,    Malvern PA 19355-0701
14852592     +Chrysler Capital,    PO Box 961275,   Fort Worth, TX 76161-0275
14823364     +Chrysler Capital,    P.O. Box 9015,   Temecula, CA 92589-9015
14850279     +Fifth Third Bank,    PO Box 9013,   Addison, Texas 75001-9013
14823367      Fifth Thrid Bank,    P.O. Box 63900,   CC 3110,   Cincinnati, OH 45263-0900
14823369      Foundation Radiology Group,    75 Remittance Dr. Dept 6757,    Chicago, IL 60675-6757
14823370     +Grandis Ruban Shanahan & Assoc,    575 Coal Valley Road, Ste. 570,    Clairton, PA 15025-3729
14823371     +Jefferson Hospital,    PO Box 643054,   Pittsburgh, PA 15264-3054
14823373     +Lincoln Way Internal Medicine,    3 Penn Center W., Suite 127,    Pittsburgh, PA 15276-0112
14823374     +McKeesport City Treasurer,    500 5th Ave, 1st Floor,   McKeesport, PA 15132-2527
14823375     +Midland Mortgage,    PO Box 26648,   Oklahoma City, OK 73126-0648
14823376     +Pennsylvania American Water,    P.O. Box 371412,   Pittsburgh, PA 15250-7412
14869103      UPMC Health Services,    PO Box 1123,   Minneapolis, MN 55440-1123
14869056      UPMC Physician Services,    PO Box 1123,   Minneapolis, MN 55440-1123

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
14849297      E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Jun 30 2018 01:47:05
               Capital One Bank (USA), N.A.,    PO Box 71083,   Charlotte, NC  28272-1083
14823365     +E-mail/Text: abovay@creditmanagementcompany.com Jun 30 2018 01:46:19
               Credit Management Company,    2121 Noblestown Road,   Pittsburgh, PA 15205-3956
14823366     +E-mail/Text: kzoepfel@credit-control.com Jun 30 2018 01:46:07     Credit One Bank,
               c/o Credit Control, LLC,    5757Phantom Dr., Suite 330,   Hazelwood, MO 63042-2429
14823368     +E-mail/Text: bnc-bluestem@quantum3group.com Jun 30 2018 01:46:26     Fingerhut Advantage,
               P.O. Box 166,   Newark, NJ 07101-0166
14823372      E-mail/Text: bnckohlsnotices@becket-lee.com Jun 30 2018 01:45:25     Kohls/Capital One, N.A.,
               c/o Merchants and Medical Credit Corp.,    6324 Taylor Dr.,   Flint, MI 48507-4685
14870919      E-mail/PDF: resurgentbknotifications@resurgent.com Jun 30 2018 01:47:11
               LVNV Funding, LLC its successors and assigns as,    assignee of MHC Receivables, LLC and,
               FNBM, LLC,   Resurgent Capital Services,    PO Box 10587,   Greenville, SC 29603-0587
14823377      E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Jun 30 2018 01:48:01
               Portfolio Recovery Associates,    P.O. Box 12914,   Norfolk, VA 23541
14824533     +E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Jun 30 2018 01:47:32
               PRA Receivables Management, LLC,    PO Box 41021,   Norfolk, VA 23541-1021
14825834      E-mail/Text: RVSVCBICNOTICE1@state.pa.us Jun 30 2018 01:45:53
               Pennsylvania Department of Revenue,    Bankruptcy Division PO Box 280946,
               Harrisburg, PA  17128-0946
14823378      E-mail/PDF: gecsedi@recoverycorp.com Jun 30 2018 01:47:00     SYNCB/Care Credit,
               P.O. Box 960061,   Orlando, FL 32896-0006
                                                                                  TOTAL: 10


             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr            GINNIE MAE PROCESSING
cr*          +PRA Receivables Management, LLC,    PO Box 41021,   Norfolk, VA 23541-1021
                                                                       TOTALS: 1, * 1, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner
shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social
Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required
by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 01, 2018                                    Signature:  /s/Joseph Speetjens

District/off: 0315-2          User: dbas              Page 2 of 2              Date Rcvd: Jun 29, 2018
                             Form ID: 149             Total Noticed: 33

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on June 29, 2018 at the address(es) listed below:
          Dennis J. Spyra    on behalf of Debtor James H. Logan attorneyspyra@dennisspyra.com,
           deborah@dennisspyra.com;missdebrastone@msn.com
          James  Warmbrodt    on behalf of Creditor   GINNIE MAE PROCESSING bkgroup@kmllawgroup.com
          Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
          Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
          S. James Wallace    on behalf of Creditor   Peoples Natural Gas Company LLC sjw@sjwpgh.com,
           Equitablebankruptcy@peoples-gas.com;srk@sjwpgh.com
                                                                                    TOTAL: 5