**Form 235**

|  |  |
|---|---|
| UNITED STATES BANKRUPTCY COURT | 22 – 11 |
| WESTERN DISTRICT OF PENNSYLVANIA | dbas |

In re:                                    :    Bankruptcy Case No.: 18−21699−GLT
                                          :
                                          :    Chapter: 13
                                          :    Issued per the 11/8/2018 Proceeding

**James H. Logan**
    Debtor(s)

## ORDER OF COURT CONFIRMING PLAN
## AND SETTING DEADLINES FOR CERTAIN ACTIONS

*(1.)*   **PLAN CONFIRMATION:**

      IT IS HEREBY ORDERED that the Plan dated May 14, 2018 is CONFIRMED. A copy of this plan was previously mailed to you.

*(2.)*   **IT IS FURTHER ORDERED THAT THE FOLLOWING DEADLINES ARE ESTABLISHED:**

**A.**   **Objections to the Plan.** Pursuant to *Fed.R.Bankr.P. 2002(b)*, this Order shall not become final for a period of twenty−eight (28) days. Any party in interest with an objection to any provision of this Confirmation Order must file a written objection within that twenty−eight (28) day period. Failure to timely object shall be deemed a waiver of all objections and an acceptance of the provisions of this confirmed Plan. The Trustee may disburse funds pursuant to this confirmation order upon it's entry.

**B.**   **Applications to retain brokers, sales agents, or other professionals.** If the Plan contemplates sales of assets or litigation proceeds as a source of funding, Debtor(s) shall file motion(s) to employ the necessary professionals within thirty (30) days hereof.

**C.**   **Review of Claims Docket and Objections to Claims.** Debtor(s)'s counsel (or Debtor(s) if not represented by counsel) must review all proofs of claim within thirty (30) days after the claims bar date. All objections to pre−petition claims shall be filed within ninety (90) days after the claims bar date, thereafter allowing at least thirty (30) days for a response.

**D.**   **Motions or Complaints Pursuant to §§506, 507 or 522.** All actions to determine the priority, avoidability, or extent of liens, all actions pursuant to *11 U.S.C. §§506, 507 and 522* shall be filed within ninety (90) days after the claims bar date.

**E.**   **Filing Amended Plans.** Within fourteen (14) days after the Bankruptcy Court resolves the priority, avoidability, or extent of a lien, or any objection to claim, the Debtor(s) shall file an amended Plan to provide for the allowed amount of the claim if the allowed amount differs from the amount stated in the plan. Debtor(s) shall also file an amended Plan within thirty (30) days after the claims bar date(s) in the event that no objection is filed and the claim(s) as filed causes the Plan to be underfunded.

*(3.)*   **IT IS FURTHER ORDERED THAT:**

**A.**   After the claims objection deadline, the Plan shall be deemed amended to conform to the claims filed or otherwise allowed. If the Plan expressly modified the terms of payment to any creditor pursuant to *11 U.S.C. §1322(b)(2)*, nothing in this Order shall be construed to change the payment terms established in the Plan.

**B.**   Any creditor who files or amends a proof of claim shall serve a copy on the Debtor(s) or counsel for the Debtor(s).

**C.**     Any creditor whose payment changes due to variable interest rates, change in escrow, or change in monthly payments, shall notify the Trustee, Debtor(s)' counsel and Debtor(s) at least twenty−one (21) days prior to the change taking effect.

**D.**     Debtor's counsel must file a fee application in accordance with *W.PA.LBR 2016−1* before attorney fees in excess of the "no look" provision (including retainer) will be allowed or paid.

**E.**     The Trustee shall file a *Certificate of Default and Request for Dismissal* of the case in the event of a material Plan default. If the default involves failure to make a plan payment the case will result in dismissal without further hearing upon filing and service of an *Affidavit of Default* by the Trustee. The Trustee is not precluded from raising pre−confirmation defaults in any subsequent motion to dismiss.

**F.**     In the event that any order is entered in this case granting relief from the automatic stay to a secured creditor, then the Trustee shall make no further disbursements to any creditor on account of any *secured claim* that is secured by the subject property, unless directed otherwise by further Order of Court.

_____
Gregory L. Taddonio, Judge
United States Bankruptcy Court

Dated: November 8, 2018
cc: All Parties in Interest to be served by Clerk in seven (7) days

United States Bankruptcy Court
Western District of Pennsylvania

In re:                                                                         Case No. 18-21699-GLT
James H. Logan                                                                 Chapter 13
        Debtor

# CERTIFICATE OF NOTICE

District/off: 0315-2          User: dbas              Page 1 of 2         Date Rcvd: Nov 08, 2018
                              Form ID: 235            Total Noticed: 36

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 10, 2018.
```
db             +James H. Logan,    2609 Grandview Ave,    McKeesport, PA 15132-7831
cr             +Peoples Natural Gas Company LLC,    c/o S. James Wallace, P.C.,    845 N. Lincoln Ave.,
                 Pittsburgh, PA 15233-1828
14823360        ARS National Services, Inc.,    P.O. Box 69046,    Escondido, CA 92046-9046
14823357       +Allegheny Health Network,    P.O. Box 645266,    Pittsburgh, PA 15264-5250
14823358        Alltran Financial, LP,    P.O. Box 610,    Sauk Rapids, MN 56379-0610
14823359        Americollect,    P.O. Box 1505,    Manitowoc, WI 54221-1505
14823361       +Barclays Bank Delaware,    P.O. Box 8833,    Wilmington, DE 19899-8833
14823363       +Capital One Bank USA, N.A.,    c/o Firstsource Advantage, LLC,    205 Bryant Woods South,
                 Buffalo, NY 14228-3609
14823362       +Capital One Bank USA, N.A.,    c/o Michael F. Ratchfrod, Esquire,    Ratchford Law Group, P.C.,
                 409 Lackawanna Ave, Suite 320,    Scranton, PA 18503-2059
14852547        Capital One, N.A.,    c/o Becket and Lee LLP,    PO Box 3001,    Malvern PA 19355-0701
14852592       +Chrysler Capital,    PO Box 961275,    Fort Worth, TX 76161-0275
14823364       +Chrysler Capital,    P.O. Box 9015,    Temecula, CA 92589-9015
14850279       +Fifth Third Bank,    PO Box 9013,    Addison, Texas 75001-9013
14823367        Fifth Thrid Bank,    P.O. Box 63900,    CC 3110,    Cincinnati, OH 45263-0900
14823369        Foundation Radiology Group,    75 Remittance Dr. Dept 6757,    Chicago, IL 60675-6757
14823370       +Grandis Ruban Shanahan & Assoc,    575 Coal Valley Road, Ste. 570,    Clairton, PA 15025-3729
14823371       +Jefferson Hospital,    PO Box 643054,    Pittsburgh, PA 15264-3054
14823373       +Lincoln Way Internal Medicine,    3 Penn Center W., Suite 127,    Pittsburgh, PA 15276-0112
14823374       +McKeesport City Treasurer,    500 5th Ave, 1st Floor,    McKeesport, PA 15132-2527
14876955       +MidFirst Bank,    999 NW Grand Blvd,    Oklahoma City, OK 73118-6051
14823375       +Midland Mortgage,    PO Box 26648,    Oklahoma City, OK 73126-0648
14823376       +Pennsylvania American Water,    P.O. Box 371412,    Pittsburgh, PA 15250-7412
14869103        UPMC Health Services,    PO Box 1123,    Minneapolis, MN 55440-1123
14869056        UPMC Physician Services,    PO Box 1123,    Minneapolis, MN 55440-1123
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
14877108       +E-mail/Text: csc.bankruptcy@amwater.com Nov 09 2018 02:32:10      American Water,    PO Box 578,
                 Alton, IL 62002-0578
14849297        E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Nov 09 2018 02:37:16
                 Capital One Bank (USA), N.A.,    PO Box 71083,    Charlotte, NC  28272-1083
14823365       +E-mail/Text: abovay@creditmanagementcompany.com Nov 09 2018 02:31:41
                 Credit Management Company,    2121 Noblestown Road,    Pittsburgh, PA 15205-3956
14823366       +E-mail/Text: kzoepfel@credit-control.com Nov 09 2018 02:31:21      Credit One Bank,
                 c/o Credit Control, LLC,    5757Phantom Dr., Suite 330,    Hazelwood, MO 63042-2429
14823368       +E-mail/Text: bnc-bluestem@quantum3group.com Nov 09 2018 02:31:51      Fingerhut Advantage,
                 P.O. Box 166,    Newark, NJ 07101-0166
14823372        E-mail/Text: bnckohlsnotices@becket-lee.com Nov 09 2018 02:30:35      Kohls/Capital One, N.A.,
                 c/o Merchants and Medical Credit Corp.,    6324 Taylor Dr.,    Flint, MI 48507-4685
14870919        E-mail/PDF: resurgentbknotifications@resurgent.com Nov 09 2018 02:37:26
                 LVNV Funding, LLC its successors and assigns as,    assignee of MHC Receivables, LLC and,
                 FNBM, LLC,    Resurgent Capital Services,    PO Box 10587,    Greenville, SC 29603-0587
14878326       +E-mail/Text: bankruptcy@sccompanies.com Nov 09 2018 02:32:18      Montgomery Ward,
                 c/o Creditors Bankruptcy Service,    P.O. Box 800849,    Dallas, TX 75380-0849
14823377        E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Nov 09 2018 02:37:50
                 Portfolio Recovery Associates,    P.O. Box 12914,    Norfolk, VA 23541
14824533       +E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Nov 09 2018 02:37:19
                 PRA Receivables Management, LLC,    PO Box 41021,    Norfolk, VA 23541-1021
14825834        E-mail/Text: RVSVCBICNOTICE1@state.pa.us Nov 09 2018 02:31:04
                 Pennsylvania Department of Revenue,    Bankruptcy Division PO Box 280946,
                 Harrisburg, PA  17128-0946
14823378        E-mail/PDF: gecsedi@recoverycorp.com Nov 09 2018 02:37:45      SYNCB/Care Credit,
                 P.O. Box 960061,    Orlando, FL 32896-0006
                                                                                              TOTAL: 12

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr              GINNIE MAE PROCESSING
cr*            +PRA Receivables Management, LLC,    PO Box 41021,    Norfolk, VA 23541-1021
14874635*     ++PORTFOLIO RECOVERY ASSOCIATES LLC,    PO BOX 41067,    NORFOLK VA 23541-1067
                (address filed with court: Portfolio Recovery Associates, LLC,     POB 12914,    Norfolk VA 23541)
                                                                                              TOTALS: 1, * 2, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

```
District/off: 0315-2          User: dbas              Page 2 of 2              Date Rcvd: Nov 08, 2018
                              Form ID: 235            Total Noticed: 36
```

***** BYPASSED RECIPIENTS (continued) *****

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 10, 2018                                      Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on November 8, 2018 at the address(es) listed below:
              Dennis J. Spyra    on behalf of Debtor James H. Logan attorneyspyra@dennisspyra.com,
               deborah@dennisspyra.com;missdebrastone@msn.com
              James    Warmbrodt     on behalf of Creditor    GINNIE MAE PROCESSING bkgroup@kmllawgroup.com
              Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
              Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
              S. James Wallace    on behalf of Creditor    Peoples Natural Gas Company LLC sjw@sjwpgh.com,
               Equitablebankruptcy@peoples-gas.com;srk@sjwpgh.com
                                                                                             TOTAL: 5
```