Form 309

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

IN RE:

| | | |
|---|---|---|
| **James H. Logan** | : | Case No. 18−21699−GLT |
| *Debtor(s)* | : | Chapter: 13 |
| | : | |
| | : | |
| | : | Related to Docket No. 26 |
| | : | |

## ORDER DISMISSING CASE WITHOUT PREJUDICE AND TERMINATING WAGE ATTACHMENT

*AND NOW,* this **The 9th of August, 2021,** after notice and hearing and the Debtor(s) having failed to comply with the requirements of the *Bankruptcy Code*, the *Local Rules* of this Court and/or an Order of Court, it is hereby **ORDERED, ADJUDGED and DECREED** as follows:

(1)  The above−captioned case is **DISMISSED, without prejudice**. The Debtor(s) remain legally liable for all his/her/their debts as if the bankruptcy petition had not been filed. Creditor collection remedies are reinstated pursuant to *11 U.S.C. §349*. Creditors are directed to *11 U.S.C. §108(c)* for time limits on filing a lawsuit to collect. **Generally, a creditor's lawsuit must be filed either before the time deadline imposed by state law for filing runs, or (30) thirty days after date of this Order, whichever is later.**

(2)  Each income attachment issued in this case is now terminated. So that each employer and entity subject to an attachment Order knows to stop the attachment, the Debtor(s) shall immediately serve a copy of this order on each such employer and entity.

(3)  The Court retains jurisdiction over the Trustee's Report of Receipts and Disbursements and Final Report and Account. Upon submission of the UST Form 13−FR−S: Chapter 13 Standing Trustee's Final Report and Account, the Trustee is discharged from her duties in this case and this case will be closed without further order of Court.

(4)  The Clerk shall give notice to all creditors of this dismissal.

Gregory L. Taddonio, Judge
United States Bankruptcy Court

Case Administrators to serve:
All Creditors and All Parties In Interest

United States Bankruptcy Court

Western District of Pennsylvania

In re:     Case No. 18-21699-GLT
James H. Logan     Chapter 13
     Debtor

# CERTIFICATE OF NOTICE

District/off: 0315-2     User: dbas     Page 1 of 3
Date Rcvd: Aug 09, 2021     Form ID: 309     Total Noticed: 35

The following symbols are used throughout this certificate:
**Symbol**    **Definition**

\+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

++    Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.P.2002(g)(4).

##    Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 11, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | James H. Logan, 2609 Grandview Ave, McKeesport, PA 15132-7831 |
| cr | + | Peoples Natural Gas Company LLC, c/o S. James Wallace, P.C., 845 N. Lincoln Ave., Pittsburgh, PA 15233-1828 |
| 14823360 | | ARS National Services, Inc., P.O. Box 69046, Escondido, CA 92046-9046 |
| 14823357 | + | Allegheny Health Network, P.O. Box 645266, Pittsburgh, PA 15264-5250 |
| 14823362 | + | Capital One Bank USA, N.A., c/o Michael F. Ratchfrod, Esquire, Ratchford Law Group, P.C., 409 Lackawanna Ave, Suite 320, Scranton, PA 18503-2062 |
| 14823364 | + | Chrysler Capital, P.O. Box 9015, Temecula, CA 92589-9015 |
| 14850279 | + | Fifth Third Bank, PO Box 9013, Addison, Texas 75001-9013 |
| 14823367 | | Fifth Thrid Bank, P.O. Box 63900, CC 3110, Cincinnati, OH 45263-0900 |
| 14823369 | | Foundation Radiology Group, 75 Remittance Dr. Dept 6757, Chicago, IL 60675-6757 |
| 14823370 | + | Grandis Ruban Shanahan & Assoc, 575 Coal Valley Road, Ste. 570, Clairton, PA 15025-3729 |
| 14823371 | + | Jefferson Hospital, PO Box 643054, Pittsburgh, PA 15264-3054 |
| 14823373 | + | Lincoln Way Internal Medicine, 3 Penn Center W., Suite 127, Pittsburgh, PA 15276-0112 |
| 14823374 | + | McKeesport City Treasurer, 500 5th Ave, 1st Floor, McKeesport, PA 15132-2527 |
| 14823376 | + | Pennsylvania American Water, P.O. Box 371412, Pittsburgh, PA 15250-7412 |
| 14869103 | | UPMC Health Services, PO Box 1123, Minneapolis, MN 55440-1123 |
| 14869056 | | UPMC Physician Services, PO Box 1123, Minneapolis, MN 55440-1123 |

TOTAL: 16

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| 14877108 | + | Email/Text: csc.bankruptcy@amwater.com | Aug 09 2021 23:15:00 | American Water, PO Box 578, Alton, IL 62002-0578 |
| 14823359 | | Email/Text: ebn@americollect.com | Aug 09 2021 23:15:00 | Americollect, P.O. Box 1505, Manitowoc, WI 54221-1505 |
| 14823361 | + | EDI: TSYS2.COM | Aug 10 2021 03:18:00 | Barclays Bank Delaware, P.O. Box 8833, Wilmington, DE 19899-8833 |
| 14849297 | | EDI: CAPITALONE.COM | Aug 10 2021 03:18:00 | Capital One Bank (USA), N.A., PO Box 71083, Charlotte, NC 28272-1083 |
| 14823363 | + | EDI: FSAE.COM | Aug 10 2021 03:18:00 | Capital One Bank USA, N.A., c/o Firstsource Advantage, LLC, 205 Bryant Woods South, Buffalo, NY 14228-3609 |
| 14852547 | | EDI: BL-BECKET.COM | Aug 10 2021 03:18:00 | Capital One, N.A., c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 14852592 | + | EDI: CHRM.COM | Aug 10 2021 03:18:00 | Chrysler Capital, PO Box 961275, Fort Worth, TX 76161-0275 |
| 14823365 | + | Email/Text: bdsupport@creditmanagementcompany.com | Aug 09 2021 23:15:00 | Credit Management Company, 2121 Noblestown Road, Pittsburgh, PA 15205-3956 |

Case 18-21699-GLT    Doc 29    Filed 08/11/21    Entered 08/12/21 00:28:55    Desc Imaged
Certificate of Notice    Page 3 of 4

| District/off: 0315-2 | User: dbas | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Aug 09, 2021 | Form ID: 309 | Total Noticed: 35 |

| Recip ID | | Notice Type | Date/Time | Name and Address |
|---|---|---|---|---|
| 14823366 | + | Email/Text: clientservices@credit-control.com | Aug 09 2021 23:15:00 | Credit One Bank, c/o Credit Control, LLC, 5757Phantom Dr., Suite 330, Hazelwood, MO 63042-2429 |
| 14823368 | + | EDI: BLUESTEM | Aug 10 2021 03:18:00 | Fingerhut Advantage, P.O. Box 166, Newark, NJ 07101-0166 |
| 14823372 | | Email/Text: PBNCNotifications@peritusservices.com | Aug 09 2021 23:14:00 | Kohls/Capital One, N.A., c/o Merchants and Medical Credit Corp., 6324 Taylor Dr., Flint, MI 48507-4685 |
| 14870919 | | Email/PDF: resurgentbknotifications@resurgent.com | Aug 09 2021 23:23:29 | LVNV Funding, LLC its successors and assigns as, assignee of MHC Receivables, LLC and, FNBM, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 14876955 | + | EDI: AISMIDFIRST | Aug 10 2021 03:18:00 | MidFirst Bank, 999 NW Grand Blvd, Oklahoma City, OK 73118-6051 |
| 14823375 | + | EDI: AISMIDFIRST | Aug 10 2021 03:18:00 | Midland Mortgage, PO Box 26648, Oklahoma City, OK 73126-0648 |
| 14878326 | + | EDI: CBS7AVE | Aug 10 2021 03:18:00 | Montgomery Ward, c/o Creditors Bankruptcy Service, P.O. Box 800849, Dallas, TX 75380-0849 |
| 14823377 | | EDI: PRA.COM | Aug 10 2021 03:18:00 | Portfolio Recovery Associates, P.O. Box 12914, Norfolk, VA 23541 |
| 14824533 | + | EDI: RECOVERYCORP.COM | Aug 10 2021 03:18:00 | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 14825834 | | EDI: PENNDEPTREV | Aug 10 2021 03:18:00 | Pennsylvania Department of Revenue, Bankruptcy Division PO Box 280946, Harrisburg, PA 17128-0946 |
| 14825834 | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Aug 09 2021 23:15:00 | Pennsylvania Department of Revenue, Bankruptcy Division PO Box 280946, Harrisburg, PA 17128-0946 |
| 14823378 | | EDI: RMSC.COM | Aug 10 2021 03:18:00 | SYNCB/Care Credit, P.O. Box 960061, Orlando, FL 32896-0006 |

TOTAL: 20

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | GINNIE MAE PROCESSING |
| cr | | MidFirst Bank |
| cr | *+ | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 14874635 | *P++ | PORTFOLIO RECOVERY ASSOCIATES LLC, PO BOX 41067, NORFOLK VA 23541-1067, address filed with court:, Portfolio Recovery Associates, LLC, POB 12914, Norfolk VA 23541 |
| 14823358 | ## | Alltran Financial, LP, P.O. Box 610, Sauk Rapids, MN 56379-0610 |

TOTAL: 2 Undeliverable, 2 Duplicate, 1 Out of date forwarding address

## NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309):** Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

District/off: 0315-2 | User: dbas | Page 3 of 3
Date Rcvd: Aug 09, 2021 | Form ID: 309 | Total Noticed: 35

Date: Aug 11, 2021                    Signature:        /s/Joseph Speetjens

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 9, 2021 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Brian Nicholas | on behalf of Creditor GINNIE MAE PROCESSING bnicholas@kmllawgroup.com |
| Dennis J. Spyra | on behalf of Debtor James H. Logan attorneyspyra@dennisspyra.com  deborah@dennisspyra.com;missdebrastone@msn.com |
| Office of the United States Trustee | ustpregion03.pi.ecf@usdoj.gov |
| Ronda J. Winnecour | cmecf@chapter13trusteewdpa.com |
| S. James Wallace | on behalf of Creditor Peoples Natural Gas Company LLC ecfpeoples@grblaw.com  Equitablebankruptcy@peoples-gas.com |

TOTAL: 5