Form 600

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

IN RE:

| | | |
|---|---|---|
| **James H. Logan** | : | Case No. 18−21699−GLT |
| *Debtor(s)* | : | Chapter: 13 |
| | : | |
| James H. Logan | : | |
| *Movant(s),* | : | |
| | : | |
| v. | : | Related to Document No. 32 |
| No Respondent | : | |
| *Respondent(s).* | : | Hearing Date: 9/9/21 at 11:00 AM |
| | : | |
| | : | |
| | : | |

**ORDER SCHEDULING DATES FOR RESPONSE
AND HEARING ON MOTION**

      *AND NOW,* this *The 13th of August, 2021*, a *Motion to Reconsider Order Dismissing Case Dated August 9, 2021* having been filed at Doc. No. 32 by the Debtor, James H. Logan,

      It is hereby **ORDERED, ADJUDGED and DECREED** that:

      (1)  Pursuant to *Bankruptcy Rule 7004*, Counsel for the Moving Party shall ***IMMEDIATELY*** serve a copy of this *Order* and the *Motion* upon all parties from whom relief is sought, their counsel, the U.S. Trustee and all those identified on the Certificate attached to the *Motion*. Counsel for the Moving Party shall then file a *Certificate of Service*. **Failure to properly serve the Motion or file the Certificate may result in the dismissal of the Motion.**

      (2)  ***On or before August 30, 2021,*** any *Response*, including a consent to the *Motion*, shall be filed with the Clerk's Office at U.S. Bankruptcy Court, 5414 U.S. Steel Tower, 600 Grant Street, Pittsburgh, PA 15219 and served on the counsel for the Moving Party.

      (3)  This *Motion* is scheduled for a non−evidentiary hearing on ***September 9, 2021*** at ***11:00 AM*** in Courtroom A, 54th Floor, U.S. Steel Tower, 600 Grant Street, Pittsburgh, PA 15219 at which time the parties and/or their counsel shall appear and the Court will dispose of the *Motion*.

      (4)  If, after proper service, a Respondent fails to timely file a *Response*, the Court *may* determine that no hearing is required and accordingly enter an order by default. ***To determine if a default order has been entered, the Moving Party is directed to the Court's website at www.pawb.uscourts.gov, one day prior to the hearing. To view the calendar for Judge Gregory L. Taddonio refer to the calendar section.*** In the event a default order has been entered, the Moving Party shall ***IMMEDIATELY*** advise all affected parties. If a default order has not been entered, the parties will be *required* to appear at the hearing.

      (5)  A maximum of 10 minutes has been allotted to hear this matter. Should this matter require more than 10 minutes, the parties are required to so notify the Courtroom Deputy ***IMMEDIATELY***. The Court may authorize parties or counsel of record to participate in the hearing by telephone provided arrangements are made with the Courtroom Deputy by telephone at least three (3) days prior to the hearing.

                                                     Gregory L. Taddonio, Judge
                                                     United States Bankruptcy Court

cm: James H. Logan
      Dennis J. Spyra, Esq.

United States Bankruptcy Court

Western District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 18-21699-GLT |
| James H. Logan | Chapter 13 |
| Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0315-2 | User: dbas | Page 1 of 1 |
| Date Rcvd: Aug 13, 2021 | Form ID: 600 | Total Noticed: 1 |

The following symbols are used throughout this certificate:
**Symbol   Definition**

\+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 15, 2021:**

| Recip ID | Recipient Name and Address |
|---|---|
| db | + James H. Logan, 2609 Grandview Ave, McKeesport, PA 15132-7831 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

## NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 15, 2021           Signature:      /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 13, 2021 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Brian Nicholas | on behalf of Creditor GINNIE MAE PROCESSING bnicholas@kmllawgroup.com |
| Dennis J. Spyra | on behalf of Debtor James H. Logan attorneyspyra@dennisspyra.com deborah@dennisspyra.com;missdebrastone@msn.com |
| Office of the United States Trustee | ustpregion03.pi.ecf@usdoj.gov |
| Ronda J. Winnecour | cmecf@chapter13trusteewdpa.com |
| S. James Wallace | on behalf of Creditor Peoples Natural Gas Company LLC ecfpeoples@grblaw.com Equitablebankruptcy@peoples-gas.com |

TOTAL: 5