FILED
8/31/21 3:16 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

## IN THE UNITED STATES BANKRUPTCY COURT FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: ) | Case No. 18-21699 GLT |
| James H. Logan, ) | Chapter 7 |
| ) | |
| Debtor ) | Doc No. |
| ) | Related to Docket No. 28 & 32 |
| James H. Logan, ) | |
| ) | |
| Movant, ) | |
| ) | |
| v. ) | |
| ) | |
| No Respondent, ) | |

### ORDER OF COURT

AND NOW, this _31st Day of August_, 2021, and upon consideration of the foregoing Motion to Reconsider Order Dismissing Case Dated August 9, 2021, it is hereby:

ORDERED that the Order Dismissing Case dated August 9, 2021 be and hereby is VACATED. It is further ORDERED, ADJUDICATED and DECREED that the above captioned case is hereby REOPENED and the case is REINSTATED.

_____
Gregory L. Taddonio, Judge
United States Bankruptcy Court

### ENTERED BY DEFAULT

United States Bankruptcy Court

Western District of Pennsylvania

In re:     Case No. 18-21699-GLT
James H. Logan     Chapter 13
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0315-2     User: nsha     Page 1 of 3
Date Rcvd: Aug 31, 2021     Form ID: pdf900     Total Noticed: 35

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ++ | Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.P.2002(g)(4). |
| ## | Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 02, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | James H. Logan, 2609 Grandview Ave, McKeesport, PA 15132-7831 |
| cr | + | Peoples Natural Gas Company LLC, c/o S. James Wallace, P.C., 845 N. Lincoln Ave., Pittsburgh, PA 15233-1828 |
| 14823360 | | ARS National Services, Inc., P.O. Box 69046, Escondido, CA 92046-9046 |
| 14823357 | + | Allegheny Health Network, P.O. Box 645266, Pittsburgh, PA 15264-5250 |
| 14823361 | + | Barclays Bank Delaware, P.O. Box 8833, Wilmington, DE 19899-8833 |
| 14823363 | + | Capital One Bank USA, N.A., c/o Firstsource Advantage, LLC, 205 Bryant Woods South, Buffalo, NY 14228-3609 |
| 14823362 | + | Capital One Bank USA, N.A., c/o Michael F. Ratchfrod, Esquire, Ratchford Law Group, P.C., 409 Lackawanna Ave, Suite 320, Scranton, PA 18503-2062 |
| 14852547 | | Capital One, N.A., c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 14852592 | + | Chrysler Capital, PO Box 961275, Fort Worth, TX 76161-0275 |
| 14823364 | + | Chrysler Capital, P.O. Box 9015, Temecula, CA 92589-9015 |
| 14850279 | + | Fifth Third Bank, PO Box 9013, Addison, Texas 75001-9013 |
| 14823367 | | Fifth Thrid Bank, P.O. Box 63900, CC 3110, Cincinnati, OH 45263-0900 |
| 14823369 | | Foundation Radiology Group, 75 Remittance Dr. Dept 6757, Chicago, IL 60675-6757 |
| 14823370 | + | Grandis Ruban Shanahan & Assoc, 575 Coal Valley Road, Ste. 570, Clairton, PA 15025-3729 |
| 14823371 | + | Jefferson Hospital, PO Box 643054, Pittsburgh, PA 15264-3054 |
| 14823373 | + | Lincoln Way Internal Medicine, 3 Penn Center W., Suite 127, Pittsburgh, PA 15276-0112 |
| 14823374 | + | McKeesport City Treasurer, 500 5th Ave, 1st Floor, McKeesport, PA 15132-2527 |
| 14876955 | + | MidFirst Bank, 999 NW Grand Blvd, Oklahoma City, OK 73118-6051 |
| 14823375 | + | Midland Mortgage, PO Box 26648, Oklahoma City, OK 73126-0648 |
| 14823376 | + | Pennsylvania American Water, P.O. Box 371412, Pittsburgh, PA 15250-7412 |
| 14869103 | | UPMC Health Services, PO Box 1123, Minneapolis, MN 55440-1123 |
| 14869056 | | UPMC Physician Services, PO Box 1123, Minneapolis, MN 55440-1123 |

TOTAL: 22

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| 14877108 | + | Email/Text: csc.bankruptcy@amwater.com | Aug 31 2021 23:35:00 | American Water, PO Box 578, Alton, IL 62002-0578 |
| 14823359 | | Email/Text: ebn@americollect.com | Aug 31 2021 23:35:00 | Americollect, P.O. Box 1505, Manitowoc, WI 54221-1505 |
| 14849297 | | Email/PDF: AIS.cocard.ebn@americaninfosource.com | Aug 31 2021 23:34:32 | Capital One Bank (USA), N.A., PO Box 71083, Charlotte, NC 28272-1083 |
| 14823365 | + | Email/Text: bdsupport@creditmanagementcompany.com | Aug 31 2021 23:35:00 | Credit Management Company, 2121 Noblestown Road, Pittsburgh, PA 15205-3956 |
| 14823366 | + | Email/Text: clientservices@credit-control.com | Aug 31 2021 23:35:00 | Credit One Bank, c/o Credit Control, LLC, 5757Phantom Dr., Suite 330, Hazelwood, MO 63042-2429 |
| 14823368 | + | Email/Text: bnc-bluestem@quantum3group.com | | |

|  |  |  |  |
|---|---|---|---|
|  |  | Aug 31 2021 23:35:00 | Fingerhut Advantage, P.O. Box 166, Newark, NJ 07101-0166 |
| 14823372 | Email/Text: PBNCNotifications@peritusservices.com | | |
|  |  | Aug 31 2021 23:35:00 | Kohls/Capital One, N.A., c/o Merchants and Medical Credit Corp., 6324 Taylor Dr., Flint, MI 48507-4685 |
| 14870919 | Email/PDF: resurgentbknotifications@resurgent.com | | |
|  |  | Aug 31 2021 23:34:33 | LVNV Funding, LLC its successors and assigns as, assignee of MHC Receivables, LLC and, FNBM, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 14878326 | + Email/Text: bankruptcy@sccompanies.com | | |
|  |  | Aug 31 2021 23:35:00 | Montgomery Ward, c/o Creditors Bankruptcy Service, P.O. Box 800849, Dallas, TX 75380-0849 |
| 14823377 | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | | |
|  |  | Aug 31 2021 23:34:33 | Portfolio Recovery Associates, P.O. Box 12914, Norfolk, VA 23541 |
| 14824533 | + Email/PDF: rmscedi@recoverycorp.com | | |
|  |  | Aug 31 2021 23:44:53 | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 14825834 | Email/Text: RVSVCBICNOTICE1@state.pa.us | | |
|  |  | Aug 31 2021 23:35:00 | Pennsylvania Department of Revenue, Bankruptcy Division PO Box 280946, Harrisburg, PA 17128-0946 |
| 14823378 | Email/PDF: gecsedi@recoverycorp.com | | |
|  |  | Aug 31 2021 23:34:19 | SYNCB/Care Credit, P.O. Box 960061, Orlando, FL 32896-0006 |

TOTAL: 13

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | GINNIE MAE PROCESSING |
| cr | | MidFirst Bank |
| cr | *+ | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 14874635 | *P++ | PORTFOLIO RECOVERY ASSOCIATES LLC, PO BOX 41067, NORFOLK VA 23541-1067, address filed with court:, Portfolio Recovery Associates, LLC, POB 12914, Norfolk VA 23541 |
| 14823358 | ## | Alltran Financial, LP, P.O. Box 610, Sauk Rapids, MN 56379-0610 |

TOTAL: 2 Undeliverable, 2 Duplicate, 1 Out of date forwarding address

## NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Sep 02, 2021    Signature:    /s/Joseph Speetjens

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 31, 2021 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Brian Nicholas | |
| | on behalf of Creditor GINNIE MAE PROCESSING bnicholas@kmllawgroup.com |

| District/off: 0315-2 | User: nsha | Page 3 of 3 |
|---|---|---|
| Date Rcvd: Aug 31, 2021 | Form ID: pdf900 | Total Noticed: 35 |

Dennis J. Spyra
    on behalf of Debtor James H. Logan attorneyspyra@dennisspyra.com  deborah@dennisspyra.com;missdebrastone@msn.com

Office of the United States Trustee
    ustpregion03.pi.ecf@usdoj.gov

Ronda J. Winnecour
    cmecf@chapter13trusteewdpa.com

S. James Wallace
    on behalf of Creditor Peoples Natural Gas Company LLC ecfpeoples@grblaw.com  Equitablebankruptcy@peoples-gas.com

TOTAL: 5