Form 604

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

IN RE:

| | | |
|---|---|---|
| **James H. Logan** | : | Case No. 18−21699−GLT |
| *Debtor(s)* | : | Chapter: 13 |
| | : | |
| **RONDA J. WINNECOUR, Trustee,** | : | |
| *Movant(s),* | : | |
| | : | |
| v. | : | Related to Document No. 48 |
| **No Respondents** | : | |
| *Respondent(s).* | : | Hearing Date: 7/27/22 at 11:00 AM |

## ORDER SCHEDULING DATE
## FOR RESPONSE AND HEARING ON MOTION

*AND NOW,* this *The 25th of May, 2022*, a *Motion for Discharge of Debtor and Approval of Trustee's Report of Receipts and Disbursements* (the "Motion") having been filed at Doc. No. 48 by the Chapter 13 Trustee,

It is hereby **ORDERED, ADJUDGED** and **DECREED** that:

(1) *On or before July 9, 2022*, any *Response*, including a consent to the Motion, shall be filed with the Clerk's Office at U.S. Bankruptcy Court, (5414 U.S. Steel Tower, 600 Grant Street, Pittsburgh, PA 15219) and served on counsel for the Moving Party.

(2) This Motion is scheduled for hearing on *July 27, 2022 at 11:00 AM* in Courtroom A, 54th Floor, U.S. Steel Tower, 600 Grant Street, Pittsburgh, PA 15219, at which time the parties and/or their counsel shall appear and the Court will dispose of the Motion. In accordance with Judge Taddonio's procedures, parties may appear for non−evidentiary matters remotely by utilizing the Zoom video conference platform. Parties seeking to appear remotely must register for the hearing by submitting a registration form via the link published on Judge Taddonio's website (which can be found at: http://www.pawb.uscourts.gov/judge−taddonios−video−conference−hearing−information) by no later than 4 p.m. on the business day prior to the scheduled hearing. All parties participating remotely shall comply with Judge Taddonio's General Procedures (which can be found at: http://www.pawb.uscourts.gov/sites/default/files/pdfs/glt−proc.pdf). **Parties who fail to timely register for remote participation will be expected to attend the hearing in person.**

(3) If, after proper service, a Respondent fails to timely file a *Response*, the Court *may* determine that no hearing is required and accordingly enter the order by default. **To determine if a default order has been entered, the Moving Party is directed to the calendar for Judge Gregory L. Taddonio posted on the Court's website at www.pawb.uscourts.gov one day prior to the hearing.** In the event a default order has been signed, the Moving Party shall **IMMEDIATELY** advise all affected parties. If a default order has not been entered, the parties are *required* to appear at the hearing.

(4) Once the Motion is approved, if either the Debtor's *Certificate of Discharge Eligibility* or *Certificate of Financial Management* is not timely filed, *the case is* SUBJECT TO CLOSURE WITHOUT A DISCHARGE *without further notice or hearing*.

Gregory L. Taddonio, Judge
United States Bankruptcy Court

cm: All Parties Listed on The Clerk's Mailing Matrix

United States Bankruptcy Court

Western District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 18-21699-GLT |
| James H. Logan | Chapter 13 |
| Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0315-2 | User: auto | Page 1 of 3 |
| Date Rcvd: May 25, 2022 | Form ID: 604 | Total Noticed: 35 |

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ++ | Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4). |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |
| ## | Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 27, 2022:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | James H. Logan, 2609 Grandview Ave, McKeesport, PA 15132-7831 |
| 14823360 | | ARS National Services, Inc., P.O. Box 69046, Escondido, CA 92046-9046 |
| 14823357 | + | Allegheny Health Network, P.O. Box 645266, Pittsburgh, PA 15264-5250 |
| 14823362 | + | Capital One Bank USA, N.A., c/o Michael F. Ratchfrod, Esquire, Ratchford Law Group, P.C., 409 Lackawanna Ave, Suite 320, Scranton, PA 18503-2062 |
| 14823364 | + | Chrysler Capital, P.O. Box 9015, Temecula, CA 92589-9015 |
| 14823367 | | Fifth Thrid Bank, P.O. Box 63900, CC 3110, Cincinnati, OH 45263-0900 |
| 14823369 | | Foundation Radiology Group, 75 Remittance Dr. Dept 6757, Chicago, IL 60675-6757 |
| 14823370 | + | Grandis Ruban Shanahan & Assoc, 575 Coal Valley Road, Ste. 570, Clairton, PA 15025-3729 |
| 14823371 | + | Jefferson Hospital, PO Box 643054, Pittsburgh, PA 15264-3054 |
| 14823373 | + | Lincoln Way Internal Medicine, 3 Penn Center W., Suite 127, Pittsburgh, PA 15276-0112 |
| 14823374 | + | McKeesport City Treasurer, 500 5th Ave, 1st Floor, McKeesport, PA 15132-2527 |
| 14823376 | + | Pennsylvania American Water, P.O. Box 371412, Pittsburgh, PA 15250-7412 |
| 14869103 | | UPMC Health Services, PO Box 1123, Minneapolis, MN 55440-1123 |
| 14869056 | | UPMC Physician Services, PO Box 1123, Minneapolis, MN 55440-1123 |

TOTAL: 14

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | + | Email/Text: ebnpeoples@grblaw.com | May 25 2022 23:57:00 | Peoples Natural Gas Company LLC, c/o S. James Wallace, P.C., 845 N. Lincoln Ave., Pittsburgh, PA 15233-1828 |
| 14877108 | + | Email/Text: csc.bankruptcy@amwater.com | May 25 2022 23:58:00 | American Water, PO Box 578, Alton, IL 62002-0578 |
| 14823359 | | Email/Text: ebn@americollect.com | May 25 2022 23:58:00 | Americollect, P.O. Box 1505, Manitowoc, WI 54221-1505 |
| 14823361 | + | Email/Text: BarclaysBankDelaware@tsico.com | May 25 2022 23:57:00 | Barclays Bank Delaware, P.O. Box 8833, Wilmington, DE 19899-8833 |
| 14849297 | | Email/PDF: AIS.cocard.ebn@aisinfo.com | May 26 2022 00:01:41 | Capital One Bank (USA), N.A., PO Box 71083, Charlotte, NC 28272-1083 |
| 14823363 | + | Email/Text: crdept@na.firstsource.com | May 25 2022 23:58:00 | Capital One Bank USA, N.A., c/o Firstsource Advantage, LLC, 205 Bryant Woods South, Buffalo, NY 14228-3609 |
| 14852547 | | Email/PDF: bncnotices@becket-lee.com | May 26 2022 00:01:46 | Capital One, N.A., c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 14852592 | + | Email/Text: enotifications@santanderconsumerusa.com | May 25 2022 23:58:00 | Chrysler Capital, PO Box 961275, Fort Worth, TX |

| Recip ID | | Notice Type | Date/Time | Name and Address |
|---|---|---|---|---|
| | | | | 76161-0275 |
| 14823365 | + | Email/Text: bdsupport@creditmanagementcompany.com May 25 2022 23:58:00 | | Credit Management Company, 2121 Noblestown Road, Pittsburgh, PA 15205-3956 |
| 14823366 | + | Email/Text: clientservices@credit-control.com May 25 2022 23:58:00 | | Credit One Bank, c/o Credit Control, LLC, 5757Phantom Dr., Suite 330, Hazelwood, MO 63042-2429 |
| 14850279 | + | Email/Text: FifthThirdBKNotices@nationalbankruptcy.com May 25 2022 23:57:00 | | Fifth Third Bank, PO Box 9013, Addison, Texas 75001-9013 |
| 14823368 | + | Email/Text: bnc-bluestem@quantum3group.com May 25 2022 23:58:00 | | Fingerhut Advantage, P.O. Box 166, Newark, NJ 07101-0166 |
| 14823372 | | Email/Text: bankruptcy@mermed.com May 25 2022 23:57:00 | | Kohls/Capital One, N.A., c/o Merchants and Medical Credit Corp., 6324 Taylor Dr., Flint, MI 48507-4685 |
| 14870919 | | Email/PDF: resurgentbknotifications@resurgent.com May 26 2022 00:01:36 | | LVNV Funding, LLC its successors and assigns as, assignee of MHC Receivables, LLC and, FNBM, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 14876955 | + | Email/PDF: ais.midfirst.ebn@aisinfo.com May 26 2022 00:01:31 | | MidFirst Bank, 999 NW Grand Blvd, Oklahoma City, OK 73118-6051 |
| 14823375 | + | Email/PDF: ais.midfirst.ebn@aisinfo.com May 26 2022 00:01:31 | | Midland Mortgage, PO Box 26648, Oklahoma City, OK 73126-0648 |
| 14878326 | + | Email/Text: bankruptcy@sccompanies.com May 25 2022 23:58:00 | | Montgomery Ward, c/o Creditors Bankruptcy Service, P.O. Box 800849, Dallas, TX 75380-0849 |
| 14823377 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com May 26 2022 00:01:24 | | Portfolio Recovery Associates, P.O. Box 12914, Norfolk, VA 23541 |
| 14824533 | + | Email/PDF: rmscedi@recoverycorp.com May 26 2022 00:01:45 | | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 14825834 | | Email/Text: RVSVCBICNOTICE1@state.pa.us May 25 2022 23:57:00 | | Pennsylvania Department of Revenue, Bankruptcy Division PO Box 280946, Harrisburg, PA 17128-0946 |
| 14823378 | | Email/PDF: gecsedi@recoverycorp.com May 26 2022 00:01:20 | | SYNCB/Care Credit, P.O. Box 960061, Orlando, FL 32896-0006 |
| 14869103 | ^ | MEBN May 25 2022 23:51:09 | | UPMC Health Services, PO Box 1123, Minneapolis, MN 55440-1123 |
| 14869056 | ^ | MEBN May 25 2022 23:52:49 | | UPMC Physician Services, PO Box 1123, Minneapolis, MN 55440-1123 |

TOTAL: 23

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | GINNIE MAE PROCESSING |
| cr | | MidFirst Bank |
| cr | *+ | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 14874635 | *P++ | PORTFOLIO RECOVERY ASSOCIATES LLC, PO BOX 41067, NORFOLK VA 23541-1067, address filed with court:, Portfolio Recovery Associates, LLC, POB 12914, Norfolk VA 23541 |
| 14823358 | ## | Alltran Financial, LP, P.O. Box 610, Sauk Rapids, MN 56379-0610 |

TOTAL: 2 Undeliverable, 2 Duplicate, 1 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities**

Case 18-21699-GLT    Doc 53    Filed 05/27/22    Entered 05/28/22 00:28:44    Desc Imaged
                         Certificate of Notice    Page 4 of 4

District/off: 0315-2 | User: auto | Page 3 of 3
Date Rcvd: May 25, 2022 | Form ID: 604 | Total Noticed: 35

in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 27, 2022          Signature:          /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 25, 2022 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Brian Nicholas | on behalf of Creditor GINNIE MAE PROCESSING bnicholas@kmllawgroup.com |
| Dennis J. Spyra | on behalf of Debtor James H. Logan attorneyspyra@dennisspyra.com |
| Office of the United States Trustee | ustpregion03.pi.ecf@usdoj.gov |
| Ronda J. Winnecour | cmecf@chapter13trusteewdpa.com |
| S. James Wallace | on behalf of Creditor Peoples Natural Gas Company LLC ecfpeoples@grblaw.com Equitablebankruptcy@peoples-gas.com |

TOTAL: 5