Form 614

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

IN RE:

| | | |
|---|---|---|
| **James H. Logan** | : | Case No. 18−21699−GLT |
| *Debtor(s)* | : | Chapter: 13 |
| | : | |
| | : | |
| | : | Hearing Date: 7/27/22 at 11:00 AM |
| | : | Response Date: 7/9/22 |

## ORDER SETTING STATUS CONFERENCE

**AND NOW**, the Court having reviewed the docket in this case and determined that DEBTOR(S) (the "Debtor(s)") did not file one or both of the following (each a "Certification"):

☒ *Certification of Discharge Eligibility* [PAWB Local Form 24]; and/or,

☐ *Certification of Completion of Financial Management Course*;

and the Court having entered an Order on 5/25/22 [Doc. No. 49] indicating that the failure to file a Certification will prevent the Debtor(s) from receiving a discharge of debts in this bankruptcy case; **it is hereby ORDERED, ADJUDGED, and DECREED that:**

1. A status conference shall be held on **July 27, 2022 at 11:00 AM** in Courtroom A, 54th Floor, U.S. Steel Tower, 600 Grant Street, Pittsburgh, PA 15219 , at which time Debtor(s)' Counsel shall appear and explain why the Debtor(s) did not file the required Certification(s). A response to this Order shall be filed on or before 7/9/2022. In accordance with Judge Taddonio's procedures, parties may appear for non−evidentiary matters remotely by utilizing the Zoom video conference platform. Parties seeking to appear remotely must register for the hearing by submitting a registration form via the link published on Judge Taddonio's website (which can be found at: http://www.pawb.uscourts.gov/judge−taddonios−video−conference−hearing−information) by no later than 4 p.m. on the business day prior to the scheduled hearing. All parties participating remotely shall comply with Judge Taddonio's General Procedures (which can be found at: http://www.pawb.uscourts.gov/sites/default/files/pdfs/glt−proc.pdf). **Parties who fail to timely register for remote participation will be expected to attend the hearing in person.**

2. In the event that all required Certifications are filed on or before the response deadline, the Court may vacate this Order and cancel the status conference.

Dated: May 25, 2022

Case administrator to serve:
Counsel to Debtor(s)
Debtor(s)
Chapter 13 Trustee
Office of the U.S. Trustee

Gregory L. Taddonio, Judge
United States Bankruptcy Court

United States Bankruptcy Court

Western District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 18-21699-GLT |
| James H. Logan | Chapter 13 |
|     Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0315-2 | User: auto | Page 1 of 1 |
| Date Rcvd: May 25, 2022 | Form ID: 614 | Total Noticed: 1 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

\+   Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 27, 2022:**

**Recip ID    Recipient Name and Address**
db            + James H. Logan, 2609 Grandview Ave, McKeesport, PA 15132-7831

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 27, 2022           Signature:      /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 25, 2022 at the address(es) listed below:

**Name              Email Address**

Brian Nicholas
    on behalf of Creditor GINNIE MAE PROCESSING bnicholas@kmllawgroup.com

Dennis J. Spyra
    on behalf of Debtor James H. Logan attorneyspyra@dennisspyra.com

Office of the United States Trustee
    ustpregion03.pi.ecf@usdoj.gov

Ronda J. Winnecour
    cmecf@chapter13trusteewdpa.com

S. James Wallace
    on behalf of Creditor Peoples Natural Gas Company LLC ecfpeoples@grblaw.com Equitablebankruptcy@peoples-gas.com

TOTAL: 5