**Fill in this information to identify the case:**

Debtor 1   James H. Logan
(Spouse, if filing)

United States Bankruptcy Court for the WESTERN District of Pennsylvania

Case number   18-21699 GLT

## Form 4100R

# Response to Notice of Final Cure Payment

10/15

According to Bankruptcy Rule 3002.1(g), the creditor responds to the trustee's notice of final cure payment.

### Part 1:   Mortgage Information

**Name of creditor:** MidFirst Bank                                **Court claim no.** (if known): 11

**Last 4 digits** of any number you use to identify the debtor's account:  5853

**Property address:** 2609 Grandview Avenue
                      Number       Name

                      McKeesport,   PA    15132
                      City,     State    Zip

### Part 2:   Prepetition Default Payments

*Check one:*

☒ Creditor agrees that the debtor(s) have paid in full the amount required to cure the prepetition default
on the creditor's claim.

☐ Creditor disagrees that the debtor(s) have paid in full the amount required to cure the prepetition default
on the creditor's claim. Creditor asserts that the total prepetition amount remaining unpaid as of the date
of this response is:                                                                                        $ _____

### Part 3:   Postpetition Mortgage Payment

*Check one:*

☒ Creditor states that the debtor(s) are current with all postpetition payments consistent with § 1322(b)(5) of
the Bankruptcy Code, including all fees, charges, expenses, escrow, and costs.

The next postpetition payment from the debtor(s) is due on:   8/1/2022
                                                             MM / DD / YYYY

☐ Creditor states that the debtor(s) are not current on all postpetition payments consistent with § 1322(b)(5)
of the Bankruptcy Code, including all fees, charges, expenses, escrow, and costs.

Creditor asserts that the total amount remaining unpaid as of the date of this response is:

a.   Total postpetition ongoing payments due:                                          (a)  $ _____

b.   Total fees, charges, expenses, escrow, and costs outstanding:                   +  (b)  $ _____

c.   **Total**. Add lines a and b.                                                      (c)  $ _____

Creditor asserts that the debtor(s) are contractually
obligated for the postpetition payment(s) that first became      ___ / ___ / _____
due on:                                                          MM / DD / YYYY

Debtor(s)   James H. Logan _____   Case number (*if known*): 18-21699 GLT
   First Name      Middle Name      Last Name

---

| **Part 4:** | **Itemized Payment History** |

If the creditor disagrees in Part 2 that the prepetition arrearage has been paid in full or states in Part 3 that the debtor(s) are not current with all postpetition payments, including all fees, charges, expenses, escrow, and costs, the creditor must attach an itemized payment history disclosing the following amounts from the date of the bankruptcy filing through the date of this response:

- all payments received;
- all fees, costs, escrow, and expenses assessed to the mortgage; and
- all amounts the creditor contends remain unpaid.

---

| **Part 5:** | **Sign Here** |

**The person completing this response must sign it. The response must be filed as a supplement to the creditor's proof of claim.**

*Check the appropriate box::*

☐ I am the creditor.
☒ I am the creditor's authorized agent.

**I declare under penalty of perjury that the information provided in this response is true and correct to the best of my knowledge, information, and reasonable belief.**

Sign and print your name and your title, if any, and state your address and telephone number if different from the notice address listed on the proof of claim to which this response applies.

/s/ Brian C. Nicholas, Esquire _____   Date   6/24/2022
   Signature

Print   Brian C. Nicholas, Esquire _____   Title: Attorney for Creditor _____
   First Name      Middle Name      Last Name

Company   KML Law Group, P.C. _____   Attorney ID: 317240

If different from the notice address listed on the proof of claim to which this response applies:

Address   701 _____ Market Street, Suite 5000 _____
   Number      Street
   Philadelphia, _____ PA _____ 19106
   City      State   ZIP Code

Contact phone: 201-549-5366 _____   Email, bnicholas@kmllawgroup.com

---