| **Information to identify the case:** | | |
|---|---|---|
| Debtor 1 | James H. Logan<br>First Name   Middle Name   Last Name | Social Security number or ITIN   xxx–xx–1339<br>EIN   __–_____ |
| Debtor 2<br>(Spouse, if filing) | First Name   Middle Name   Last Name | Social Security number or ITIN   ____<br>EIN   __–_____ |
| United States Bankruptcy Court | WESTERN DISTRICT OF PENNSYLVANIA | |
| Case number: | 18–21699–GLT | |

# Order of Discharge                                                                              12/18

**IT IS ORDERED:** A discharge under 11 U.S.C. § 1328(a) is granted to:

   James H. Logan

   7/11/22                                                    **By the court:** Gregory L. Taddonio
                                                                                 United States Bankruptcy Judge

---

**Explanation of Bankruptcy Discharge in a Chapter 13 Case**

This order does not close or dismiss the case.

**Creditors cannot collect discharged debts**
This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily. 11 U.S.C. § 524(f).

**Most debts are discharged**
Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts provided for by the chapter 13 plan.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**Some debts are not discharged**
Examples of debts that are not discharged are:

   ♦ debts that are domestic support obligations;

   ♦ debts for most student loans;

   ♦ debts for certain types of taxes specified in 11 U.S.C. §§ 507(a)(8)( C), 523(a)(1)(B), or 523(a)(1)(C) to the extent not paid in full under the plan;

**For more information, see page 2>**

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for restitution, or a criminal fine, included in a sentence on debtor's criminal conviction;

- some debts which the debtors did not properly list;

- debts provided for under 11 U.S.C. § 1322(b)(5) and on which the last payment or other transfer is due after the date on which the final payment under the plan was due;

- debts for certain consumer purchases made after the bankruptcy case was filed if obtaining the trustee's prior approval of incurring the debt was practicable but was not obtained;

- debts for restitution, or damages, awarded in a civil action against the debtor as a result of malicious or willful injury by the debtor that caused personal injury to an individual or the death of an individual; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

**This information is only a general summary of a chapter 13 discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**

United States Bankruptcy Court

Western District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 18-21699-GLT |
| James H. Logan | Chapter 13 |
| Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0315-2 | User: auto | Page 1 of 3 |
| Date Rcvd: Jul 11, 2022 | Form ID: 3180W | Total Noticed: 36 |

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ++ | Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4). |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |
| ## | Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 13, 2022:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | James H. Logan, 2609 Grandview Ave, McKeesport, PA 15132-7831 |
| 14823360 | | ARS National Services, Inc., P.O. Box 69046, Escondido, CA 92046-9046 |
| 14823357 | + | Allegheny Health Network, P.O. Box 645266, Pittsburgh, PA 15264-5250 |
| 14823362 | + | Capital One Bank USA, N.A., c/o Michael F. Ratchfrod, Esquire, Ratchford Law Group, P.C., 409 Lackawanna Ave, Suite 320, Scranton, PA 18503-2062 |
| 14823364 | + | Chrysler Capital, P.O. Box 9015, Temecula, CA 92589-9015 |
| 14823367 | | Fifth Thrid Bank, P.O. Box 63900, CC 3110, Cincinnati, OH 45263-0900 |
| 14823369 | | Foundation Radiology Group, 75 Remittance Dr. Dept 6757, Chicago, IL 60675-6757 |
| 14823370 | + | Grandis Ruban Shanahan & Assoc, 575 Coal Valley Road, Ste. 570, Clairton, PA 15025-3729 |
| 14823371 | + | Jefferson Hospital, PO Box 643054, Pittsburgh, PA 15264-3054 |
| 14823373 | + | Lincoln Way Internal Medicine, 3 Penn Center W., Suite 127, Pittsburgh, PA 15276-0112 |
| 14823374 | + | McKeesport City Treasurer, 500 5th Ave, 1st Floor, McKeesport, PA 15132-2527 |
| 14823376 | + | Pennsylvania American Water, P.O. Box 371412, Pittsburgh, PA 15250-7412 |

TOTAL: 12

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | EDI: PENNDEPTREV | Jul 12 2022 04:08:00 | Pennsylvania Dept. of Revenue, Department 280946, P.O. Box 280946, ATTN: BANKRUPTCY DIVISION, Harrisburg, PA 17128-0946 |
| smg | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Jul 12 2022 00:06:00 | Pennsylvania Dept. of Revenue, Department 280946, P.O. Box 280946, ATTN: BANKRUPTCY DIVISION, Harrisburg, PA 17128-0946 |
| cr | + | Email/Text: ebnpeoples@grblaw.com | Jul 12 2022 00:06:00 | Peoples Natural Gas Company LLC, c/o S. James Wallace, P.C., 845 N. Lincoln Ave., Pittsburgh, PA 15233-1828 |
| 14877108 | + | Email/Text: csc.bankruptcy@amwater.com | Jul 12 2022 00:06:00 | American Water, PO Box 578, Alton, IL 62002-0578 |
| 14823359 | | Email/Text: ebn@americollect.com | Jul 12 2022 00:06:00 | Americollect, P.O. Box 1505, Manitowoc, WI 54221-1505 |
| 14823361 | + | EDI: TSYS2 | Jul 12 2022 04:08:00 | Barclays Bank Delaware, P.O. Box 8833, Wilmington, DE 19899-8833 |
| 14849297 | | EDI: CAPITALONE.COM | Jul 12 2022 04:08:00 | Capital One Bank (USA), N.A., PO Box 71083, Charlotte, NC 28272-1083 |
| 14823363 | + | Email/Text: crdept@na.firstsource.com | Jul 12 2022 00:06:00 | Capital One Bank USA, N.A., c/o Firstsource |

Case 18-21699-GLT   Doc 59   Filed 07/13/22   Entered 07/14/22 00:24:54   Desc Imaged
                        Certificate of Notice   Page 4 of 5

| District/off: 0315-2 | User: auto | Page 2 of 3 |
| --- | --- | --- |
| Date Rcvd: Jul 11, 2022 | Form ID: 3180W | Total Noticed: 36 |

| Recip ID | Bypass | Notice Type | Date/Time | Name and Address |
| --- | --- | --- | --- | --- |
| | | | | Advantage, LLC, 205 Bryant Woods South, Buffalo, NY 14228-3609 |
| 14852547 | | Email/PDF: bncnotices@becket-lee.com | Jul 12 2022 00:12:30 | Capital One, N.A., c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 14852592 | + | Email/Text: enotifications@santanderconsumerusa.com | Jul 12 2022 00:06:00 | Chrysler Capital, PO Box 961275, Fort Worth, TX 76161-0275 |
| 14823365 | + | Email/Text: bdsupport@creditmanagementcompany.com | Jul 12 2022 00:06:00 | Credit Management Company, 2121 Noblestown Road, Pittsburgh, PA 15205-3956 |
| 14823366 | + | Email/Text: clientservices@credit-control.com | Jul 12 2022 00:06:00 | Credit One Bank, c/o Credit Control, LLC, 5757Phantom Dr., Suite 330, Hazelwood, MO 63042-2429 |
| 14850279 | + | Email/Text: FifthThirdBKNotices@nationalbankruptcy.com | Jul 12 2022 00:06:00 | Fifth Third Bank, PO Box 9013, Addison, Texas 75001-9013 |
| 14823368 | + | EDI: BLUESTEM | Jul 12 2022 04:08:00 | Fingerhut Advantage, P.O. Box 166, Newark, NJ 07101-0166 |
| 14823372 | | Email/Text: bankruptcy@mermed.com | Jul 12 2022 00:06:00 | Kohls/Capital One, N.A., c/o Merchants and Medical Credit Corp., 6324 Taylor Dr., Flint, MI 48507-4685 |
| 14870919 | | Email/PDF: resurgentbknotifications@resurgent.com | Jul 12 2022 00:12:01 | LVNV Funding, LLC its successors and assigns as, assignee of MHC Receivables, LLC and, FNBM, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 14876955 | + | EDI: AISMIDFIRST | Jul 12 2022 04:08:00 | MidFirst Bank, 999 NW Grand Blvd, Oklahoma City, OK 73118-6051 |
| 14823375 | + | EDI: AISMIDFIRST | Jul 12 2022 04:08:00 | Midland Mortgage, PO Box 26648, Oklahoma City, OK 73126-0648 |
| 14878326 | + | EDI: CBS7AVE | Jul 12 2022 04:08:00 | Montgomery Ward, c/o Creditors Bankruptcy Service, P.O. Box 800849, Dallas, TX 75380-0849 |
| 14823377 | | EDI: PRA.COM | Jul 12 2022 04:08:00 | Portfolio Recovery Associates, P.O. Box 12914, Norfolk, VA 23541 |
| 14824533 | + | EDI: RECOVERYCORP.COM | Jul 12 2022 04:08:00 | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 14825834 | | EDI: PENNDEPTREV | Jul 12 2022 04:08:00 | Pennsylvania Department of Revenue, Bankruptcy Division PO Box 280946, Harrisburg, PA 17128-0946 |
| 14825834 | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Jul 12 2022 00:06:00 | Pennsylvania Department of Revenue, Bankruptcy Division PO Box 280946, Harrisburg, PA 17128-0946 |
| 14823378 | | EDI: RMSC.COM | Jul 12 2022 04:08:00 | SYNCB/Care Credit, P.O. Box 960061, Orlando, FL 32896-0006 |
| 14869103 | ^ | MEBN | Jul 12 2022 00:05:40 | UPMC Health Services, PO Box 1123, Minneapolis, MN 55440-1123 |
| 14869056 | ^ | MEBN | Jul 12 2022 00:05:30 | UPMC Physician Services, PO Box 1123, Minneapolis, MN 55440-1123 |

TOTAL: 26

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
| --- | --- | --- |
| cr | | GINNIE MAE PROCESSING |
| cr | | MidFirst Bank |
| smg | * | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| cr | *+ | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |

| District/off: 0315-2 | User: auto | Page 3 of 3 |
|---|---|---|
| Date Rcvd: Jul 11, 2022 | Form ID: 3180W | Total Noticed: 36 |

| 14874635 | *P++ | PORTFOLIO RECOVERY ASSOCIATES LLC, PO BOX 41067, NORFOLK VA 23541-1067, address filed with court:, Portfolio Recovery Associates, LLC, POB 12914, Norfolk VA 23541 |
| 14823358 | ## | Alltran Financial, LP, P.O. Box 610, Sauk Rapids, MN 56379-0610 |

TOTAL: 2 Undeliverable, 3 Duplicate, 1 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 13, 2022        Signature:    /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 11, 2022 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Brian Nicholas | on behalf of Creditor MidFirst Bank bnicholas@kmllawgroup.com |
| Brian Nicholas | on behalf of Creditor GINNIE MAE PROCESSING bnicholas@kmllawgroup.com |
| Dennis J. Spyra | on behalf of Debtor James H. Logan attorneyspyra@dennisspyra.com |
| Office of the United States Trustee | ustpregion03.pi.ecf@usdoj.gov |
| Ronda J. Winnecour | cmecf@chapter13trusteewdpa.com |
| S. James Wallace | on behalf of Creditor Peoples Natural Gas Company LLC ecfpeoples@grblaw.com Equitablebankruptcy@peoples-gas.com |

TOTAL: 6