IN THE UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF PENNSYLVANIA

FILED
7/11/22 12:45 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

IN RE:
    JAMES H. LOGAN

        Debtor(s)

Ronda J. Winnecour
        Movant
    vs.
No Repondents.

Case No.:18-21699

Chapter 13

Related to Docket No. 48

ORDER OF COURT

AND NOW, this  11th Day of July, 2022 , upon consideration of the **Chapter 13 Trustee's Motion for Discharge of Debtor and Approval of Trustee's Report of Receipts and Disbursements**, and following notice to the creditors and an opportunity to be heard, it is hereby **ORDERED, ADJUDGED** and **DECREED**, as follows:

(1). This Court finds that the Chapter 13 plan, as supplemented by any and all amendments, has been fully and finally completed.

(2). The debtor(s) is/are entitled to and shall receive a discharge in this case pursuant to Section 1328(a) of the Bankruptcy Code.

(3). To the extent not previously terminated, the wage attachment(s) issued in this case is/are immediately terminated and the debtor(s) shall serve a copy of this order on any affected employer(s).

(4). Property of the estate hereby revests in the debtor(s). This revestment of property is free and clear of any and all claims or interests except as otherwise treated in the plan or in the Order confirming the Plan. All restrictions of the debtor(s)' use of the property of the estate is hereby terminated.

(5). Each and every creditor is bound by the provisions of the completed plan, whether or not the claim of such creditor is provided for in the Plan, and whether or not such creditor has objected to, has accepted or rejected the plan. All mortgage and other secured debts provided for by the Plan are hereby found to be cured of any and all monetary defaults as of the payment date for which the Trustee last made a distribution, and no additional interest, late fees or penalties may be assessed for time periods or payments due prior to that date.

(6). After all distribution checks have been negotiated or funds deposited into the Court's registry, the Trustee shall file UST Form 13-FR-S: Chapter 13 Standing Trustee's Final Report and Account (the "Final Report"). Upon submission of the Final Report, the Trustee is discharged from her duties in this case and the case will be closed.

BY THE COURT:

_____
U.S. BANKRUPTCY JUDGE
drb

**ENTERED BY DEFAULT**

United States Bankruptcy Court

Western District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 18-21699-GLT |
| James H. Logan | Chapter 13 |
| Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0315-2 | User: auto | Page 1 of 3 |
| Date Rcvd: Jul 11, 2022 | Form ID: pdf900 | Total Noticed: 35 |

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ++ | Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4). |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |
| ## | Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 13, 2022:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | James H. Logan, 2609 Grandview Ave, McKeesport, PA 15132-7831 |
| 14823360 | | ARS National Services, Inc., P.O. Box 69046, Escondido, CA 92046-9046 |
| 14823357 | + | Allegheny Health Network, P.O. Box 645266, Pittsburgh, PA 15264-5250 |
| 14823362 | + | Capital One Bank USA, N.A., c/o Michael F. Ratchfrod, Esquire, Ratchford Law Group, P.C., 409 Lackawanna Ave, Suite 320, Scranton, PA 18503-2062 |
| 14823364 | + | Chrysler Capital, P.O. Box 9015, Temecula, CA 92589-9015 |
| 14823367 | | Fifth Thrid Bank, P.O. Box 63900, CC 3110, Cincinnati, OH 45263-0900 |
| 14823369 | | Foundation Radiology Group, 75 Remittance Dr. Dept 6757, Chicago, IL 60675-6757 |
| 14823370 | + | Grandis Ruban Shanahan & Assoc, 575 Coal Valley Road, Ste. 570, Clairton, PA 15025-3729 |
| 14823371 | + | Jefferson Hospital, PO Box 643054, Pittsburgh, PA 15264-3054 |
| 14823373 | + | Lincoln Way Internal Medicine, 3 Penn Center W., Suite 127, Pittsburgh, PA 15276-0112 |
| 14823374 | + | McKeesport City Treasurer, 500 5th Ave, 1st Floor, McKeesport, PA 15132-2527 |
| 14823376 | + | Pennsylvania American Water, P.O. Box 371412, Pittsburgh, PA 15250-7412 |

TOTAL: 12

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | + | Email/Text: ebnpeoples@grblaw.com | Jul 12 2022 00:06:00 | Peoples Natural Gas Company LLC, c/o S. James Wallace, P.C., 845 N. Lincoln Ave., Pittsburgh, PA 15233-1828 |
| 14877108 | + | Email/Text: csc.bankruptcy@amwater.com | Jul 12 2022 00:06:00 | American Water, PO Box 578, Alton, IL 62002-0578 |
| 14823359 | | Email/Text: ebn@americollect.com | Jul 12 2022 00:06:00 | Americollect, P.O. Box 1505, Manitowoc, WI 54221-1505 |
| 14823361 | + | Email/Text: BarclaysBankDelaware@tsico.com | Jul 12 2022 00:06:00 | Barclays Bank Delaware, P.O. Box 8833, Wilmington, DE 19899-8833 |
| 14849297 | | Email/PDF: AIS.cocard.ebn@aisinfo.com | Jul 12 2022 00:12:28 | Capital One Bank (USA), N.A., PO Box 71083, Charlotte, NC 28272-1083 |
| 14823363 | + | Email/Text: crdept@na.firstsource.com | Jul 12 2022 00:06:00 | Capital One Bank USA, N.A., c/o Firstsource Advantage, LLC, 205 Bryant Woods South, Buffalo, NY 14228-3609 |
| 14852547 | | Email/PDF: bncnotices@becket-lee.com | Jul 12 2022 00:12:30 | Capital One, N.A., c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 14852592 | + | Email/Text: enotifications@santanderconsumerusa.com | Jul 12 2022 00:06:00 | Chrysler Capital, PO Box 961275, Fort Worth, TX 76161-0275 |
| 14823365 | + | Email/Text: bdsupport@creditmanagementcompany.com | Jul 12 2022 00:06:00 | Credit Management Company, 2121 Noblestown |

| Recip ID | | Notice Method | Date/Time | Name and Address |
|---|---|---|---|---|
| | | | | Road, Pittsburgh, PA 15205-3956 |
| 14823366 | + | Email/Text: clientservices@credit-control.com | Jul 12 2022 00:06:00 | Credit One Bank, c/o Credit Control, LLC, 5757Phantom Dr., Suite 330, Hazelwood, MO 63042-2429 |
| 14850279 | + | Email/Text: FifthThirdBKNotices@nationalbankruptcy.com | Jul 12 2022 00:06:00 | Fifth Third Bank, PO Box 9013, Addison, Texas 75001-9013 |
| 14823368 | + | Email/Text: bnc-bluestem@quantum3group.com | Jul 12 2022 00:06:00 | Fingerhut Advantage, P.O. Box 166, Newark, NJ 07101-0166 |
| 14823372 | | Email/Text: bankruptcy@mermed.com | Jul 12 2022 00:06:00 | Kohls/Capital One, N.A., c/o Merchants and Medical Credit Corp., 6324 Taylor Dr., Flint, MI 48507-4685 |
| 14870919 | | Email/PDF: resurgentbknotifications@resurgent.com | Jul 12 2022 00:12:01 | LVNV Funding, LLC its successors and assigns as, assignee of MHC Receivables, LLC and, FNBM, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 14876955 | + | Email/PDF: ais.midfirst.ebn@aisinfo.com | Jul 12 2022 00:12:28 | MidFirst Bank, 999 NW Grand Blvd, Oklahoma City, OK 73118-6051 |
| 14823375 | + | Email/PDF: ais.midfirst.ebn@aisinfo.com | Jul 12 2022 00:12:28 | Midland Mortgage, PO Box 26648, Oklahoma City, OK 73126-0648 |
| 14878326 | + | Email/Text: bankruptcy@sccompanies.com | Jul 12 2022 00:06:00 | Montgomery Ward, c/o Creditors Bankruptcy Service, P.O. Box 800849, Dallas, TX 75380-0849 |
| 14823377 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Jul 12 2022 00:12:29 | Portfolio Recovery Associates, P.O. Box 12914, Norfolk, VA 23541 |
| 14824533 | + | Email/PDF: rmscedi@recoverycorp.com | Jul 12 2022 00:12:16 | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 14825834 | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Jul 12 2022 00:06:00 | Pennsylvania Department of Revenue, Bankruptcy Division PO Box 280946, Harrisburg, PA 17128-0946 |
| 14823378 | | Email/PDF: gecsedi@recoverycorp.com | Jul 12 2022 00:12:29 | SYNCB/Care Credit, P.O. Box 960061, Orlando, FL 32896-0006 |
| 14869103 | | ^ MEBN | Jul 12 2022 00:05:40 | UPMC Health Services, PO Box 1123, Minneapolis, MN 55440-1123 |
| 14869056 | | ^ MEBN | Jul 12 2022 00:05:31 | UPMC Physician Services, PO Box 1123, Minneapolis, MN 55440-1123 |

TOTAL: 23

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | GINNIE MAE PROCESSING |
| cr | | MidFirst Bank |
| cr | *+ | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 14874635 | *P++ | PORTFOLIO RECOVERY ASSOCIATES LLC, PO BOX 41067, NORFOLK VA 23541-1067, address filed with court:, Portfolio Recovery Associates, LLC, POB 12914, Norfolk VA 23541 |
| 14823358 | ## | Alltran Financial, LP, P.O. Box 610, Sauk Rapids, MN 56379-0610 |

TOTAL: 2 Undeliverable, 2 Duplicate, 1 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

| | | |
|---|---|---|
| District/off: 0315-2 | User: auto | Page 3 of 3 |
| Date Rcvd: Jul 11, 2022 | Form ID: pdf900 | Total Noticed: 35 |

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 13, 2022         Signature:        /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 11, 2022 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Brian Nicholas | on behalf of Creditor MidFirst Bank bnicholas@kmllawgroup.com |
| Brian Nicholas | on behalf of Creditor GINNIE MAE PROCESSING bnicholas@kmllawgroup.com |
| Dennis J. Spyra | on behalf of Debtor James H. Logan attorneyspyra@dennisspyra.com |
| Office of the United States Trustee | ustpregion03.pi.ecf@usdoj.gov |
| Ronda J. Winnecour | cmecf@chapter13trusteewdpa.com |
| S. James Wallace | on behalf of Creditor Peoples Natural Gas Company LLC ecfpeoples@grblaw.com Equitablebankruptcy@peoples-gas.com |

TOTAL: 6